**No. 09-9089. Barry Wayne Adams, Petitioner v. Michigan.**

559 U.S. 1053, 130 S. Ct. 2351, 176 L. Ed. 2d 569, 2010 U.S. LEXIS 3034, ■

April 5, 2010. Petition for writ of certiorari to the Court of Appeals of Michigan denied.

**No. 09-9092. Juan Esber Manzur, Petitioner v. Stephen K. Montoya, et al.**

559 U.S. 1053, 130 S. Ct. 2351, 176 L. Ed. 2d 569, 2010 U.S. LEXIS 3084.

April 5, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 337 Fed. Appx. 692.

**No. 09-9110. Willie Taylor, Petitioner v. P. L. Vasquez, Warden.**

559 U.S. 1053, 130 S. Ct. 2351, 176 L. Ed. 2d 569, 2010 U.S. LEXIS 3096.

April 5, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 09-9112. Clyde Meikle, Petitioner v. James Dzurenda, Warden.**

559 U.S. 1053, 130 S. Ct. 2351, 176 L. Ed. 2d 569, 2010 U.S. LEXIS 3083.

April 5, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

**No. 09-9127. William Alfred Prescod, Jr., Petitioner v. United States.**

559 U.S. 1053, 130 S. Ct. 2352, 176 L. Ed. 2d 569, 2010 U.S. LEXIS 3037.

April 5, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 353 Fed. Appx. 801.

**No. 09-9148. Arthur Cal, Petitioner v. Thomas Bell, Warden.**

559 U.S. 1053, 130 S. Ct. 2352, 176 L. Ed. 2d 569, 2010 U.S. LEXIS 3036.

April 5, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 09-9155. Raymond Semler, Petitioner v. Cal Ludeman, et al.**

559 U.S. 1053, 130 S. Ct. 2352, 176 L. Ed. 2d 569, 2010 U.S. LEXIS 2941, ■

April 5, 2010. Petition for writ of certiorari to the Court of Appeals of Minnesota denied.

**No. 09-9157. William Riley Sutherland, Petitioner v. Donald Gaetz, Warden.**

559 U.S. 1053, 130 S. Ct. 2352, 176 L. Ed. 2d 569, 2010 U.S. LEXIS 3112.

April 5, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 581 F.3d 614.

**No. 09-9166. Freddy Lee Slack, Petitioner v. Susan Jones, Warden, et al.**

559 U.S. 1053, 130 S. Ct. 2352, 176 L. Ed. 2d 569, 2010 U.S. LEXIS 3044.

April 5, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

**No. 09-9175. Mary P. Thomas, Petitioner v. Tom Marola, et al.**

559 U.S. 1053, 130 S. Ct. 2353, 176 L. Ed. 2d 569, 2010 U.S. LEXIS 3067.

April 5, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.